UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FILED
US DISTRICT COURT CLERK

04 MAR 24 PM 4:25

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>JOHN DAVID TILLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN ENERGY SYSTEMS,<br>INC., et al.,<br><br>    Defendants. | Civil Action No.<br>5:00CV-39-M |

### UNITED STATES' MOTION TO CONSOLIDATE

The United States of America, by its undersigned attorneys, respectfully moves for an order consolidating the instant action, United States ex rel. Tillson v. Lockheed Martin Energy Systems, Inc., et al., Civil Action No. 5:00CV-39-R (Tillson) with the related action captioned United States ex rel. Natural Resources Defense Council, et al. v. Lockheed Martin Corporation, et al., Civil Action No. 5:99CV00170-M (NRDC). This motion is made pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

Counsel for relators in the NRDC action and in the Tillson action, have authorized the undersigned counsel to advise the Court that they consent to this motion. Counsel for defendants have informed the undersigned that defendants believe the Court should decide the pending motions to dismiss prior to considering the instant motion to consolidate, at which time defendants will decide what position to take with respect to the motion to consolidate.

A memorandum in support and a proposed order are filed herewith.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID L. HUBER
United States Attorney

WILLIAM F. CAMPBELL
Assistant U.S. Attorney
510 W. Broadway, 10th Floor
Louisville, Kentucky 40202
(502) 582-6773


MICHAEL F. HERTZ
DODGE WELLS
JOHN A. KOLAR
DONALD J. WILLIAMSON
Attorneys
Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9301

WILLIAM WEINISCHKE
STEVEN A. KELLER
Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4592

Attorneys for the United States

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing United States' Motion to Consolidate was mailed, by first class mail, postage prepaid, on this 24th day of March, 2004 to the following:

Stanley W. Whetzel, Jr.
Ruth Ann Cox
Pedley Zielke Gordinier & Pence, PLLC
2000 Meidinger Tower
462 South Fourth Avenue
Louisville, KY 40202
Counsel for Relator

Glenn V. Whitaker
Victor A. Walton, Jr.
Jeffrey A. Miller
Eric W. Richardson
Michael J. Bronson
VORYS SATER SEYMOUR AND PEASE, LLP
Suite 2100, Atrium Two
221 East Fourth Street
Cincinnati, OH 45202

Cheryl A. Mackay
Michael K. Murphy
Peter P. Murphy
Raymond B. Ludwiszewski
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Counsel for Defendants Lockheed Martin
Corporation, Martin Marietta Corporation,
Lockheed Martin Energy Systems, Inc.,
Martin Marietta Energy Systems, Inc.,
Lockheed Martin Utility Services and
Martin Marietta Utility Services

/s/ William F. Campbell
William F. Campbell
Assistant U.S. Attorney